1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

TINCY LEE HUNT,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

Case No. C12-1401-JLR

ORDER REVERSING AND
REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

11
12
13
14
15
16
17

18    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19    papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20    the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

21    record, does hereby find and ORDER:

22        (1)    The Court adopts the Report and Recommendation.

23        (2)    The final decision of the Commissioner is REVERSED and this case is

24    REMANDED to the Social Security Administration for further proceedings consistent with the

25    Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

      (3)     The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

      DATED this 26th day of _____June_____, 2013.

                                    _____
                                      JAMES L. ROBART
                                      United States District Judge

ORDER REMANDING CASE
PAGE - 2